## AFFIDAVIT OF SERVICE

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK**

Case Number: **6:17-CV-06847**
Date Filed: **12/08/2017**

Plaintiff(s):
RICHARD ASLIN, KETURAH BIXBY, JESSICA CANTLON, BENJAMIN HAYDEN, SARAH HEILBRONNER, CELESTE KIDD, BRADFORD MAHON, ELISSA NEWPORT, and STEVEN PIANTADOSI
vs
Defendant(s):
UNIVERSITY OF ROCHESTER, JOEL SELIGMAN, and ROBERT CLARK

STATE OF NEW YORK
COUNTY OF MONROE SS.:

**JENNIFER GORANKOFF**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of **New York**.

On 12/14/2017 at 3:24 PM, deponent served the within **SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL; CIVIL COVER SHEET** addressed to UNIVERSITY OF ROCHESTER on GAIL M. NORRIS, ESQ., Vice President and General Counsel at UNIVERSITY OF ROCHESTER 266 WALLIS HALL, ROCHESTER, NY 14627 in the manner indicated below:

**INDIVIDUAL:** by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

**Description:**
Gender: **FEMALE**  Race/Skin: **CAUCASIAN**  Age: **46 - 55 Yrs.**  Weight: **131-160 Lbs.**  Height: **5' 4" - 5' 8"**  Hair: **BROWN**  Glasses: No  Other:

I asked the person spoken to whether defendant was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or the United States as that term is defined in either the State or in the Federal statutes.

Served at following GPS coordinates, Lat: 43.126281 Long: -77.630682

Subscribed and Sworn to before me on 12/15, 20 17

**Lisa M. Newfrock**
Notary Public, State of New York
No. 01NE6330541
Qualified in Monroe County
Commission Expires 09/14/2019

X _____
**JENNIFER GORANKOFF**
Job #: 62512