**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **RICHARD ASLIN, ET AL.** | * | |
| **PLAINTIFFS** | * | |
| V. | * | **CASE NO.: 6:17-CV-06847** |
| **UNIVERSITY OF ROCHESTER, ET AL.** | * | |
| **DEFENDANTS.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

TO:   CLERK OF THE COURT AND PARTIES OF RECORD

I am admitted or otherwise authorized to practice in this court. Please note my appearance, Stephen G. Grygiel, and the law firm of Silverman|Thompson|Slutkin|White|LLC as counsel for the Plaintiffs in the above-captioned matter.

Dated:   December 20, 2017            Respectfully Submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**

/s/ Stephen G. Grygiel
Stephen G. Grygiel
Silverman|Thompson|Slutkin|White|LLC
201 N. Charles Street, Suite 2600
Baltimore, Maryland 21201
Tel:    410.385.2225
Fax:   410.547.2432
sgrygiel@mdattorney.com

*Of Counsel for Plaintiffs*