

# WARDGREENBERG

NEW YORK    PENNSYLVANIA    NEW JERSEY    DELAWARE

Eric J. Ward
T. (585) 454-0714
F. (585) 231-1921
eward@wardgreenberg.com

January 29, 2018

**VIA FAX (585-613-4045)**

Hon. David G. Larimer
U.S. District Court Judge
2500 U.S. Courthouse
100 State Street
Rochester, New York 14614

RE: *Richard Aslin, et al. v. University of Rochester, et al.*
Case No. 6:17-cv-06847

Dear Judge Larimer:

We represent defendants in the above-referenced action. Defendants' response to plaintiffs' complaint is due on February 5, 2018 and the defendants plan to file a motion to dismiss on that date. In light of plaintiffs' 191 page complaint, defendants request, pursuant to Local Rule 7(a)(2)(C), permission to expand their memorandum of law in support of the forthcoming motion by ten pages.

Thank you for your consideration of this request.

Respectfully,

Eric J. Ward

EJW/dah

cc: John F. McAllister, Esq. (*via e-mail & first class mail*)
Stephen G. Grygiel, Esq. (*via e-mail & first class mail*)