UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICHARD ASLIN, KETURAH BIXBY,
JESSICA CANTLON, BENJAMIN HAYDEN,
SARAH HEILBRONNER, CELESTE KIDD,          **NOTICE OF MOTION**
BRADFORD MAHON, ELISSA NEWPORT,
and STEVEN PIANTADOSI,

                              Plaintiffs,
                                                Case No.: 6:17-cv-06847-DGL
vs.

UNIVERSITY OF ROCHESTER,
JOEL SELIGMAN, and ROBERT CLARK,

                              Defendants.
_____

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and all pleadings

and proceedings had herein, defendants University of Rochester, Joel Seligman, and Robert Clark

will move this Court, at a date and time to be set by the Court, at the Kenneth B. Keating Federal

Building, 100 State Street, Rochester, New York  14614, before the Honorable David G. Larimer,

United States District Judge, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil

Procedure and the precedent and authority cited in defendants' Memorandum of Law, dismissing

plaintiff's Complaint and this action in its entirety, with costs, and granting such other and further

relief as the Court deems just.  In the alternative, if any portion of the Complaint is not dismissed

outright, defendants request an Order, pursuant to Federal Rules of Civil Procedure 5.2, 8(a), 10(b),

and 12(f) and Local Rules of Civil Procedure 5.3, and all precedent and authority cited in

defendants' Memorandum of Law, striking all immaterial, impertinent, and scandalous allegations

from plaintiffs' Complaint and requiring plaintiffs to re-plead any counts that have not been

dismissed in accordance with the Federal Rules of Civil Procedure 8 and 10.

**PLEASE TAKE FURTHER NOTICE** that defendants intend to file and serve reply papers, and any opposition must be served in accordance with Local Rule of Civil Procedure 7.

Dated: February 5, 2018                    WARD GREENBERG HELLER & REIDY LLP

                                           _s/ Eric J. Ward_____
                                           Eric J. Ward (eward@wardgreenberg.com)
                                           Meghan M. DiPasquale (mdipasquale@wardgreenberg.com)
                                           Tony R. Sears (tsears@wardgreenberg.com)
                                           1800 Bausch & Lomb Place
                                           Rochester, New York 14604
                                           (585) 454-0700
                                           *Attorneys for Defendants*

TO:     McAllister Olivarius
        John F. McAllister, Esq.
        68 Putnam Street
        PO Box 173
        Saratoga Sprints, NY  12866
        (518)633-4775
        jmcallister@mcolaw.com
                -and-
        Stephen G. Grygiel, Esq.
        201 N. Charles St. 26th Floor
        Baltimore, MD  21201
        (410)385-2225
        sgrygiel@mdattorney.com
        *Attorneys for Plaintiffs*