AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Aslin et al.<br>*Plaintiff*<br>v.<br>University of Rochester et al.<br>*Defendant* | )<br>)<br>) Case No. 6:17-cv-06847<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Plaintiffs in the above captioned matter.

Date: 02/08/2018

/s/ Ann Olivarius
*Attorney's signature*

Ann Olivarius
*Printed name and bar number*

McAllister Olivarius
63 Putnam Street
P.O. Box 63
Saratoga Springs, NY 12866
*Address*

aolivarius@mcolaw.com
*E-mail address*

(518) 633-4775
*Telephone number*

(781) 658-2480
*FAX number*