UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RICHARD ASLIN, KETURAH BIXBY,
JESSICA CANTLON, BENJAMIN HAYDEN,
SARAH HEILBRONNER, CELESTE KIDD,
BRADFORD MAHON, ELISSA NEWPORT,
and STEVEN PIANTADOSI

**STIPULATION AND ORDER ENLARGING TIME**

Plaintiffs,

Case No.: 6:17-cv-06847-DGL

Vs.

UNIVERSITY OF ROCHESTER,
JOEL SELIGMAN, and ROBERT CLARK

Defendants

---

IT HEREBY IS STIPULATED, by and between the undersigned, as counsel for all parties, that plaintiffs' time to respond to defendants' motion to dismiss the Complaint shall be enlarged up to and including March 5, 2018.

| | |
|---|---|
| MCALLISTER OLIVARIUS | WARD GREENBERG HELLER & REIDY LLP |
| s/ John F. McAllister | s/Eric J. Ward |
| John F. McAllister | Eric J. Ward |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| 63 Putnam Street, PO Box 173 | 1800 Bausch & Lomb Place |
| Saratoga Springs, NY 12866 | Rochester, NY 14604 |
| (518) 633-4775 | (585) 454-0700 |

IT IS SO ORDERED.

Dated: February 12, 2018
   Rochester, New York

_____
Honorable David G. Larimer
United States District Court Judge