

# McAllister
# Olivarius

*Sent via Fax*

9 March 2018

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

**Re: Aslin et al. v. University of Rochester et al. 6-17-cv-06847**

Dear Judge Vilardo:

We represent the plaintiffs in the above-referenced matter. Plaintiffs' response to defendants' Motion to Dismiss the Complaint, to Strike Certain Allegations and to Require Plaintiffs to Re-Plead in Accordance with Rules 8 and 10 is due on March 16, 2018.

Plaintiffs request, pursuant to Local Rule 7(a)(2)(c), permission to expand their memorandum of law in support of the forthcoming motion by ten pages.

Thank you for your consideration of this request.

Sincerely,

JFO McAllister

Cc:     *Eric Ward via e-mail*
        *Meghan M. DiPasquale via e-mail*
        *Tony R. Sears via e-mail*

**SO ORDERED**

**LAWRENCE J. VILARDO**
**United States District Judge**
**DATED:** 3/10/18

63 PUTNAM STREET | PO BOX 173 | SARATOGA SPRINGS, NY 12866 | USA | (518) 633-4775 | MCOLAW.COM

UK Office: The Pearce Building | 7th Floor | West Street | Maidenhead | SL6 1RL | England | +44 (0)1628 567 567
Partners: Dr. Ann Olivarius (Solicitor of England & Wales and U.S. attorney licenced in MN, NH, VA, DC, ID & NY)
Dr. J.F.O. McAllister (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)

559277