Eric J. Ward
T. (585) 454-0714
F. (585) 231-1921
eward@wardgreenberg.com

March 28, 2018

*Via ECF*

Hon. Lawrence J. Vilardo
U.S. District Court Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

Re:   *Richard Aslin, et al. v. University of Rochester, et al.*
      Case No. 6:17-cv-06847

Dear Judge Vilardo:

We represent the defendants in the above-referenced action. Defendants' reply in further support of their pending motion to dismiss is due April 6, 2018.  I write pursuant to Local Rule 7(a)(2)(C), for permission to expand our reply memorandum of law by five pages, given the length of the complaint and the fact that both the supporting and opposing memoranda were enlarged by 10 pages.

Thank you for your consideration of this request.

Respectfully,

s/Eric J. Ward

Eric J. Ward

cc:   Ann McAllister Olivarius, Esq. (*via ECF*)
      John F. McAllister, Esq. (*via ECF*)
      Stephen G. Grygiel, Esq. (*via ECF*)