**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **RICHARD ASLIN, ET AL.** | * | |
| **PLAINTIFFS** | * | |
| V. | * | **CASE NO.: 6:17-CV-06847** |
| **UNIVERSITY OF ROCHESTER, ET AL.** | * | |
| **DEFENDANTS.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## WITHDRAWAL OF APPEARANCE

TO:   CLERK OF THE COURT AND PARTIES OF RECORD

Please withdraw the appearance of Stephen G. Grygiel, and the law firm of Silverman|Thompson|Slutkin|White|LLC as counsel for the Plaintiffs in the above-captioned matter. The Law Offices of McAllister Olivarius shall remain counsel of record for Plaintiffs, Richard Aslin, et al.

Dated:   May 22, 2019                             Respectfully Submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**

/s/ Stephen G. Grygiel
Stephen G. Grygiel
Silverman|Thompson|Slutkin|White|LLC
201 N. Charles Street, Suite 2600
Baltimore, Maryland 21201
Tel:   410.385.2225
Fax:   410.547.2432
sgrygiel@mdattorney.com

*Of Counsel for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 22nd day of May, 2019, a copy of the foregoing Withdrawal of Appearance was filed with the Clerk of the Court using the Court's CM/ECF system which will furnish copies to all counsel of record.

                                                                /s/ Stephen G. Grygiel