UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RICHARD ASLIN, KETURAH BIXBY,
JESSICA CANTLON, BENJAMIN HAYDEN,
SARAH HEILBRONNER, CELESTE KIDD,
BRADFORD MAHON, ELISSA NEWPORT
and STEVEN PIANTADOSI,

                    Plaintiffs,

vs.

UNIVERSITY OF ROCHESTER,
JOEL SELIGMAN, and ROBERT CLARK,

                    Defendants.

**DECLARATION OF ERIC J. WARD IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

**Civil Case No.:**
**6:17-cv-06847-LJV-LGF**

---

      Eric J. Ward, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the foregoing is true and correct:

      1.    I am an attorney duly admitted to practice before this Court and am a member of Ward Greenberg Heller & Reidy LLP, attorneys for the defendants.

      2.    A copy of my e-mail to plaintiffs' counsel dated September 13, 2019 is attached at Exhibit A.

      3.    A copy of plaintiffs' counsel's letter to me dated September 18, 2019 is attached at Exhibit B.

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 25, 2019

                                              s/ Eric. J. Ward
                                                Eric J. Ward