UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DR. RICHARD ASLIN,
DR. KETURAH BIXBY,
DR. JESSICA CANTLON,
DR. BENJAMIN HAYDEN,
DR. SARAH HEILBRONNER,
DR. CELESTE KIDD,
DR. BRADFORD MAHON,
DR. ELISSA NEWPORT,
DR. STEVEN PIANTADOSI,

                      Plaintiffs,                    **ORDER**

  v.

                                                   **17-CV-6847W(F)**

UNIVERSITY OF ROCHESTER,
JOEL SELIGMAN,
ROBERT CLARK,

                      Defendants.
_____

      By papers filed September 25, 2019, Defendants move to dismiss for failure to state a claim regarding Plaintiff Newport's Title IX retaliation claim (Dkt. 33).  Plaintiffs' response shall be filed not later than **October 16, 2019**.  Defendants' reply, if any, shall be filed not later than **October 25, 2019**.  Oral argument shall be at the discretion of the court.

SO ORDERED.

                                           /s/ *Leslie G. Foschio*
                                     _____
                                        LESLIE G. FOSCHIO
                            UNITED STATES MAGISTRATE JUDGE

Dated: September 30, 2019
        Buffalo, New York