

PRIVATE & CONFIDENTIAL

*Sent via email to*
*vilardo@nywd.uscourts.gov*

October 14, 2019



Hon. Lawrence J. Vilardo, District Judge
Hon. Leslie G. Foschio, Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re: Aslin et al. v. University of Rochester et al. 6-17-cv-06847-LJV-LGF

Dear Judge Vilardo and Judge Foschio:

I am writing in relation to the above-referenced matter.

Plaintiffs intend to file a request for leave to amend the First Amended Complaint. Accordingly, Plaintiffs request that the Court vacates the deadlines set out in Judge Foschio's September 30th order (17-CV-6847W(F), Docket No. 36), including the Rule 16 conference.

We have contacted counsel for the Defendants who have confirmed that they do not object to this request.

Thank you for your consideration.

Sincerely,

JFO McAllister
*Managing Partner*


CC:   Eric Ward via e-mail
      Meghan M. DiPasquale via e-mail
      Tony R. Sears via e-mail

63 PUTNAM STREET | PO BOX 173 | SARATOGA SPRINGS, NY 12866 | USA | +1 (518) 633-4775 | MCOLAW.COM

THE PEARCE BUILDING | WEST STREET | MAIDENHEAD | SL6 1RL | ENGLAND | +44 (0)1628 567 567 | DX 6411 MAIDENHEAD

Partners: **Dr Ann Olivarius** (Solicitor of England & Wales and U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
**Dr J.F.O. McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)

MCOSP-324525065-72306