# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| Aslin, et al. <br> *Plaintiff* <br> v. <br> University of Rochester, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 6:17-cv-06847-LJV-LGF <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Drs. Aslin, Bixby, Cantlon, Hayden, Heilbronner, Kidd, Mahon, Newport and Piantadosi.

Date: 11/08/2019

*Attorney's signature*

Paul Peter Hughes 4751475
*Printed name and bar number*

63 Putnam Street, PO Box 173
Saratoga Springs, NY 12866
United States of America

*Address*

phughes@mcolaw.com
*E-mail address*

(518) 682-6802
*Telephone number*

N/A
*FAX number*