UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
----------------------------------------------- x
RICHARD ASLIN, KETURAH BIXBY, : Civil Action No. 6:17-cv-06847-LJV-LGF
JESSICA CANTLON, BENJAMIN HAYDEN, :
SARAH HEILBRONNER, CELESTE KIDD, :
BRADFORD MAHON, ELISSA NEWPORT and : ECF CASE
STEVEN PIANTADOSI, :
:
               Plaintiffs, :
: **STIPULATION AND ORDER**
-against- : **REGARDING SECOND AMENDED**
: **COMPLAINT**
UNIVERSITY OF ROCHESTER, JOEL :
SELIGMAN, and ROBERT CLARK, :
:
               Defendants. :
:
----------------------------------------------- x

    WHEREAS Plaintiffs Richard Aslin, Keturah Bixby, Jessica Cantlon, Benjamin Hayden, Sarah Heilbronner, Celeste Kidd, Bradford Mahon, Elissa Newport and Steven Piantadosi (collectively, "Plaintiffs") intend to move this Court, pursuant to Fed. R. Civ. P. 15(a)(2) for an Order granting Plaintiffs leave to file and serve a Second Amended Complaint against Defendants University of Rochester, Joel Seligman, and Robert Clark (collectively, "Defendants");

    WHEREAS Plaintiffs and Defendants have stipulated and the Court has ordered that Plaintiffs shall file their motion for leave to serve a Second Amended Complaint on or before December 6, 2019, that Defendants' opposition motion to amend, if any, shall be filed on or before January 3, 2020, and that Plaintiffs' reply in further support of the motion to amend shall be filed on or before January 13, 2020 (Dkt 40);

    WHEREAS Defendants and Plaintiffs have agreed to a mediation on January 20, 2020;

    NOW THEREFORE, Plaintiffs and Defendants hereby stipulate, subject to Court approval that:

- Plaintiffs shall file their motion for leave to file and serve a Second Amended Complaint on or before January 31, 2020;

- Defendants' opposition to the motion to amend, if any, shall be filed on or before February 14, 2020;

- Plaintiffs' reply in further support of the motion to amend shall be filed on or before February 21, 2020.

Facsimile or electronic signatures on this Stipulation are hereby deemed originals. No provision of this Stipulation and Order shall be construed as a waiver of, and Plaintiffs and Defendants hereby expressly reserve, any and all claims and defenses.

Dated: December 4, 2019

By: ___s/John F. McAllister___
John F.O. McAllister
Ann Olivarius
Paul Peter Hughes
McALLISTER OLIVARIUS
63 Putnam Street
Saratoga Springs, NY  12866
(518) 682-6802
jmcallister@mcolaw.com
aolivarius@mcolaw.com
phughes@mcolaw.com
*Attorneys for Plaintiffs*

Dated: December 4, 2019

By: ___s/Eric J. Ward___
Eric J. Ward
Meghan M. DiPasquale
Tony R. Sears
WARD GREENBERG HELLER & REIDY
1800 Bausch & Lomb Place
Rochester, New York, 14604
(585) 454-0700
eward@wardgreenberg.com
mdipasquale@wardgreenberg.com
tsears@wardgreenbegr.com
*Attorneys for Defendants*

Approved ×
SO ORDERED

_____
HON. LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE
12/5/19