UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

RICHARD ASLIN, KETURAH BIXBY,
JESSICA CANTLON, BENJAMIN HAYDEN,
SARAH HEILBRONNER, CELESTE KIDD,
BRADFORD MAHON, ELISSA NEWPORT and
STEVEN PIANTADOSI,

                         Plaintiffs,

-vs-

UNIVERSITY OF ROCHESTER,
JOEL SELIGMAN and ROBERT CLARK,

                         Defendants.

Civil Action No. 6:17-cv-06847

**STIPULATION AND ORDER REGARDING SECOND AMENDED COMPLAINT**

      WHEREAS Plaintiffs Richard Aslin, Keturah Bixby, Jessica Cantlon, Benjamin Hayden, Sarah Heilbronner, Celeste Kidd, Bradford Mahon, Elissa Newport and Steven Piantadosi (collectively, "Plaintiffs") intend to move this Court, pursuant to Fed. R. Civ. P. 15(a)(2) for an Order granting Plaintiffs leave to file and serve a Second Amended Complaint against Defendants University of Rochester, Joel Seligman, and Robert Clark (collectively, "Defendants");

      WHEREAS Plaintiffs and Defendants stipulated and the Court ordered, by Stipulation and Order Regarding Second Amended Complaint, filed December 5, 2019, that Plaintiffs shall file their motion for leave to serve a Second Amended Complaint on or before January 31, 2020, that Defendants' opposition motion to amend, if any, shall be filed on or before February 14, 2020, and that Plaintiffs' reply in further support of the motion to amend shall be filed on or before February 21, 2020 (Dkt 41);

      WHEREAS the parties participated in a mediation on January 20, 2020;

WHEREAS the action was not resolved at the January 20, 2020 mediation and the parties have agreed to a continuation of that mediation on March 10, 2020;

WHEREAS the parties wish to extend the schedule to permit Plaintiffs to move this Court for an Order granting Plaintiffs leave to file and serve a Second Amended Complaint until after the mediation of March 10, 2020;

NOW THEREFORE, Plaintiffs and Defendants hereby stipulate, subject to Court approval that:

- Plaintiffs shall file their motion for leave to file and serve a Second Amended Complaint on or before March 20, 2020;

- Defendants' opposition to the motion to amend, if any, shall be filed on or before April 3, 2020;

- Plaintiffs' reply in further support of the motion to amend shall be filed on or before April 10, 2020;

Facsimile or electronic signatures on this Stipulation are hereby deemed originals. No provision of this Stipulation and Order shall be construed as a waiver of, and Plaintiffs and Defendants hereby expressly reserve, any and all claims and defenses.

Dated: January 29, 2020                                  Dated: January 29, 2020

By:    s/John F. McAllister                              By:    s/Eric J. Ward

    John F.O. McAllister                                     Eric J. Ward
    Ann Olivarius                                            Meghan M. DiPasquale
    Paul Peter Hughes                                        Tony R. Sears
    McALLISTER OLIVARIUS                                     WARD GREENBERG HELLER &
                                                             REIDY LLP

| | |
|---|---|
| 63 Putnam Street<br>Saratoga Springs, NY 12866<br>(518) 682-6802<br>jmcallister@mcolaw.com<br>aolivarius@mcolaw.com<br>phughes@mcolaw.com<br>*Attorneys for Plaintiffs* | 1800 Bausch & Lomb Place<br>Rochester, New York 14604<br>(585) 454-0700<br>eward@wardgreenberg.com<br>mdipasquale@wardgreenberg.com<br>tsears@wardgreenberg.com<br>*Attorneys for Defendants* |

SO ORDERED

_____
HON. LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

1/29/20