UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| RICHARD ASLIN, KETURAH BIXBY, JESSICA CANTLON, BENJAMIN HAYDEN, SARAH HEILBRONNER, CELESTE KIDD, BRADFORD MAHON, ELISSA NEWPORT, AND STEVEN PIANTADOSI, | STIPULATION OF DISMISSAL |
| PLAINTIFFS, | Case No. 6:17-cv-06847 |
| -vs- | |
| UNIVERSITY OF ROCHESTER, JOEL SELIGMAN, AND ROBERT CLARK, | |
| DEFENDANTS. | |

_____

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for all parties, that the above-captioned action is dismissed, in its entirety and with prejudice, without costs to any party, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

Dated: March 26, 2020

MCALLISTER OLIVARIUS

   s/John F. McAllister
John F. McAllister
Ann M. Olivarius
MetLife Building
200 Park Avenue, Suite 1700
New York, NY  10166
(212) 433-3456
*Attorneys for plaintiffs*

Dated: March 26, 2020

WARD GREENBERG HELLER & REIDY LLP

   s/Eric J. Ward
Eric J. Ward
Meghan M. DiPasquale
Tony R. Sears
1800 Bausch & Lomb Place
Rochester, NY  14604
(585) 454-0700
*Attorneys for defendants*